JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SANDERS, <br><br> Plaintiff, <br><br> v. <br><br> VA LOMA LINDA HEALTHCARE SYSTEM, <br><br> Defendant. | Case No. CV 13-01611-JGB (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 18, 2013

_____
JESUS G. BERNAL
United States District Judge